

E-filing

ORIGINAL FILED
AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COPY

FILE BY FAX

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Michael S. Kun (#208684)
Matthew A. Goodin (#169674)
EPSTEIN BECKER & GREEN
1925 Century Park East, Suite 500
Los Angeles, California 90067
310.556.8861
ATTORNEYS FOR: Defendants, American Medical Response, Inc., et al.

UNITED STATES DISTRICT COURT
~~CENTRAL~~ NORTHERN DISTRICT OF CALIFORNIA

LAURA BARTONI, on behalf herself, and on behalf of all others similarly situated,

   Plaintiff(s),

v.

AMERICAN MEDICAL RESPONSE WEST, ET AL.

   Defendant(s)

CASE NUMBER

C08-03978 EMC

ADR

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Defendants American Medical Response, Inc., et al.</u> (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| American Medical Response, Inc. | Defendant |
| American Medical Response West | Defendant |
| American Medical Response Ambulance Service, Inc. | Defendant |
| American Medical Response of Inland Empire | Defendant |
| American Medical Response of Southern California | Defendant |
| Emergency Medical Services Corporation | Parent of American Medical Response, Inc. and EmCare Holdings Inc. |
| Emergency Medical Service L.P. | Acquisition holding company |
| EmCare Holdings Inc. | Subsidiary of Emergency Medical Services Corporation |
| Onex Partners L.P. | Investor in Emergency Medical Service L.P |
| Onex Corporation | Investor in Emergency Medical Service L.P. |

(List the names of all such parties and identify their connection and interest.)

<u>August 20, 2008</u>
Date

Sign
Michael S. Kun

Attorney of record for or party appearing in pro per
Defendants American Medical Response, Inc., et al.