UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAURA BARTONI

        Plaintiff(s),

v.

AMERICAN MEDICAL RESPONSE, INC., et al.

        Defendant(s).

No. C 08-03978 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 22, 2008

Michael S. Kun
_____
Signature

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")

NDC-06