United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BARTONI, | No. C 08-03978 MHP |
|     Plaintiff(s), | **CLERK'S NOTICE**<br>**(Scheduling Case Management Conference in Reassigned Case)** |
| v. | |
| AMERICAN MEDICAL RESPONSE WEST, | |
|     Defendant(s).                      / | |

    This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, November 24, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.  Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement on all defendants, and shall also serve a copy of this notice on all defendants.

                                                          Richard W. Wieking<br>
                                                          Clerk, U.S. District Court

Dated:  August 25, 2008                            Anthony Bowser, Deputy Clerk to the<br>
                                                                Honorable Marilyn Hall Patel<br>
                                                                              (415) 522-3140