1 Todd M. Schneider (SBN 158253)
Clint J. Brayton (SBN 192214)
2 W.H. "Hank" Willson, IV (SBN 233321)
SCHNEIDER WALLACE COTTRELL
3 BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
4 San Francisco, California 94104
Telephone: (415) 421-7100
5 Facsimile: (415) 421-7105
TDD: (415) 421-1655
6

7 Attorneys for Plaintiff and the proposed class

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BARTONI, on behalf of herself, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICAN MEDICAL RESPONSE, INC., AMERICAN MEDICAL RESPONSE WEST, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., AMERICAN MEDICAL RESPONSE OF INLAND EMPIRE, AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: C 08-03978 MHP<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

*Bartoni, et al. v. American Medical Response, Inc., et al.*, Case No. C 08-03978 MHP

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is 180 Montgomery Street, Suite 2000, San Francisco, CA 94104.

On September 2, 2008, I served the following document(s) described as:

- **CLERK'S NOTICE (Scheduling Case Management Conference in Reassigned Case)**
- **CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; STANDING ORDER**

**BY U.S. MAIL:** I served the said document(s) on the interested parties by placing true copies thereof enclosed in sealed envelopes and /or packages, and deposited in the mail with the postage thereon fully prepaid addressed as follows:

| | |
|---|---|
| Joseph D. Miller<br>Michael A. Goodin<br>EPSTEIN, BECKER & GREEN<br>One California St, 26th Floor<br>San Francisco, CA  94111-5427 | Michael S. Kun<br>EPSTEIN BECKER & GREEN, P.C.<br>1925 Century Park East, Suite 500<br>Los Angeles, California 90067-2506 |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

September 2, 2008
Date

_____
Mildred De La Rosa