Michael S. Kun    (State Bar No. 208684)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone:  310-556-8861
Facsimile:  310-553-2165
mkun@ebglaw.com

Joseph D. Miller    State Bar No. 109032
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone:  415-398-3500
Facsimile:  415-398-0955
jmiller@ebglaw.com

Attorneys for Defendants
AMERICAN MEDICAL RESPONSE, INC.,
AMERICAN MEDICAL RESPONSE WEST,
AMERICAN MEDICAL RESPONSE
AMBULANCE SERVICE, INC., AMERICAN
MEDICAL RESPONSE OF INLAND EMPIRE,
AMERICAN MEDICAL RESPONSE OF
SOUTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA BARTONI, on behalf of herself, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE, INC., AMERICAN MEDICAL RESPONSE WEST, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., AMERICAN MEDICAL RESPONSE OF INLAND EMPIRE, AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA, and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE NO. C-08-03978 MHP<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER ALTERING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Honorable Marilyn Hall Patel |

WHEREAS, Plaintiff filed a motion to remand the instant action, which was initially scheduled to be heard on March 30, 2009;

///

1  WHEREAS, the Court has continued the hearing on Plaintiff's motion to remand until April 27, 2009;

2  WHEREAS, Plaintiff has also filed a motion for leave to amend the Complaint, which is scheduled to be heard on May 11, 2009;

3  WHEREAS, the Court's ruling on Plaintiff's motion for remand would moot Plaintiff's motion for leave to amend the Complaint if the Court should remand this action;

4  WHEREAS, Defendants' opposition to Plaintiff's motion for leave to amend the Complaint is due on April 20, 2009, a week before the Court is to hear Plaintiff's motion for remand;

5  WHEREAS, Plaintiff's reply to the opposition to the motion for remand is due on April 27, 2009, the same day as the hearing on Plaintiff's motion for remand; and

6  WHEREAS, the parties agree that it would be in their best interests, and in the best interests of judicial economy, for the Court to rule on Plaintiff's motion for remand before the parties do any further briefing on Plaintiff's motion for leave to amend the Complaint, which may be mooted;

WHEREFORE, the parties stipulate as follows:

1. The deadline for Defendants to file their opposition to the motion for leave to amend the Complaint shall be extended to April 30, 2009;

2. The deadline for Plaintiff to file a reply to the opposition to the motion to amend the Complaint shall be extended to May 7, 2009; and

///
///
///
///
///

3. The parties shall address any need to revise this briefing schedule further at the time of the April 27, 2009 hearing on Plaintiff's motion to remand.

DATED: April 7, 2009             EPSTEIN BECKER & GREEN, P.C.

By: _____
     Michael S. Kun
     Joseph D. Miller
Attorneys for Defendants AMERICAN MEDICAL RESPONSE, INC., AMERICAN MEDICAL RESPONSE WEST, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., AMERICAN MEDICAL RESPONSE OF INLAND EMPIRE, AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA

DATED: April 7, 2009             SCHUBERT JONCKHEER KOLBE & KRALOWEC

By: _____
     Robert C. Schubert
     Miranda Kolbe
     Kimberly Ann Kralowec

Todd M. Schneider, Esq.
Clint J. Brayton, Esq.
Andrew P. Lee, Esq.
SCHNEIDER WALLACE COTTRELL
  BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104

Aaron D. Kaufmann, Esq.
David P. Pogrel, Esq.
HINTON ALFERT & SUMNER
1646 N. California Boulevard, #600
Walnut Creek, California 94596-4113

Theodore Franklin, Esq.
Jannah V. Manansala, Esq.
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, # 200
Alameda, California 94501-1091

Attorneys for Plaintiff and the Proposed Class

## ORDER

Having read the parties' Stipulation, this Court orders:

1. The deadline for Defendants to file their opposition to Plaintiff's motion for leave to amend the Complaint is extended until April 30, 2009;

2. The deadline for Plaintiff to file her reply to opposition to the motion for leave to amend the Complaint shall be extended until May 7, 2009; and

3. The parties shall be prepared to discuss any further revisions to the briefing schedule on Plaintiff's motion for leave to amend the Complaint at the April 27, 2009 hearing on Plaintiff's motion for remand.

DATED: 4/8/2009



THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 1925 Century Park East, Suite 500, Los Angeles, California 90067.

3. I served copies of the following documents (specify the exact title of each document served):
   **STIPULATION AND PROPOSED ORDER ALTERING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Todd M. Schneider, Esq.<br>Clint J. Brayton, Esq.<br>Andrew P. Lee, Esq.<br>SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 | Attorneys for Plaintiff and the proposed class |
| Aaron D. Kaufmann, Esq.<br>David P. Pogrel, Esq.<br>HINTON ALFERT & SUMNER<br>1646 N. California Boulevard, #600<br>Walnut Creek, CA 94596-4113<br>Telephone: 925-932-6006<br>Facsimile: 925-932-3412 | Attorneys for Plaintiff and the proposed class |
| Robert C. Schubert, Esq.<br>Miranda Kolbe, Esq.<br>Kimberly Ann Kralowec, Esq.<br>SCHUBERT JONCKHEER KOLBE & KRALOWEC<br>Three Embarcadero Center, Suite 1650<br>San Francisco, California 94111 | Attorneys for Plaintiff and the proposed class |
| Theodore Franklin, Esq.<br>Jannah V. Manansala, Esq.<br>WEINBERG, ROGER & ROSENFELD<br>1001 Marina Village Parkway, # 200<br>Alameda, California 94501-1091 | Attorneys for Plaintiff and the proposed class |

5. a. ☐ **By personal service.** I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

   (2) ☒ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

c. ☐ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents on the date shown below by placing them in an envelope or package addressed to the person on the addresses listed in item 4 and providing them to a professional messenger service for service. (A declaration by the messenger must accompany this proof of service or be contained in the Declaration of Messenger below.)

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached.

f. ☐ **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

6. I served the documents by the means described in item 5 on *(date)*:

   April 7, 2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 4/7/09 | Donna M. Bourgeois | [signature] |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. I delivered the documents on the date shown below to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

At the time of service, I was at least 18 years of age. I am not a party to the above referenced legal proceeding.

I served the envelope or package, as stated above, on *(date)*:

_____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |