FILED

SEP 16 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE, INC.; et al., <br><br> Defendants - Petitioners, <br><br> v. <br><br> LAURA BARTONI, on behalf of herself and on behalf of all others similarly situated, <br><br> Plaintiff - Respondent. | No. 09-80119 <br><br> D.C. No. 3:08-cv-03978-MHP <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: TASHIMA and N.R. SMITH, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is

denied.

**DENIED.**

LL/MOATT